UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**UNITED STATES OF AMERICA** :

**v.** : NO. 3:02CR1 (JBA)

**MARIO LOPEZ**

### SENTENCING SCHEDULING ORDER

**1.** Defendant shall appear for sentencing on **Thursday December 7, 2006 at 3:00 p.m.** at Courtroom No. 2 at the United States Courthouse, 141 Church St., New Haven, Connecticut.

**2.** The Presentence Report shall be disclosed to the defendant, counsel for defendant, and the government by no later than **October 30, 2006**. Any objections or comments shall be communicated to the probation officer on or before **November 13, 2006**. The final version of the Presentence Reports must be disclosed to counsel and to the court by no later than **November 20, 2006.**

**3.** Memoranda in aid of sentencing shall be filed no later than **November 28, 2006**, any replies must be filed no later than **December 5, 2006.**

                                                        IT IS SO ORDERED.

                                         _____/S/_____
                                         Janet Bond Arterton
                                         United States District Judge

**Dated at New Haven, Connecticut: August 25, 2006**