# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

_____
|                                      | :  **CRIMINAL ACTION NO.**
**UNITED STATES OF AMERICA**           | :  **3:02cr 1 (JBA)**
                                       | :
**vs.**                                | :
                                       | :
**MARIO LOPEZ**                        | :
_____ | :  **December 1, 2006**

### DEFENDANT'S MOTION TO FILE RESPONSE TO
### GOVERNMENT'S MOTION UNDER SEAL

Defendant hereby moves to file the attached response under seal for the reasons stated in the response and in the Government's motion.

        THE DEFENDANT,

        By _____
          William M. Bloss, No. ct01008
          Koskoff Koskoff & Bieder
          350 Fairfield Avenue
          Bridgeport, Connecticut 06604
          Tel: 203-336-4421
          Fax: 203-368-3244
          Email: bbloss@koskoff.com

## **CERTIFICATION**

      This is to certify that on December 1, 2006, the foregoing document was filed under seal with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Local Rules of the District of Connecticut upon the following parties and participants:

David A. Ring
Assistant United States Attorney
23rd Floor
157 Church Street
New Haven, CT 06510

                                                                 _____
                                                                 William M. Bloss