**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| **v.** | : CASE NO. 3:02CR1(JBA) |
| **MARIO LOPEZ** | : |

### ENDORSEMENT ORDER

Defendant's motion to seal is GRANTED. The Clerk's Office is directed to seal the attached motion and response [Doc. #28-29].

IT IS SO ORDERED.

_____/s/_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut on December 12, 2006.