**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

**UNITED STATES OF AMERICA**              :

**v.**                                    :  **NO. 3:02CR 1 (JBA)**

**MARIO LOPEZ**                           :

**AMENDED SENTENCING SCHEDULING ORDER**

**1.**     Defendant shall appear for sentencing on **Tuesday July 3, 2007 at 10:00 a.m.** at Courtroom No. 2 at the United States Courthouse, 141 Church St., New Haven, Connecticut.

**2.**     The Presentence Report shall be disclosed to the defendant, counsel for defendant, and the government by no later than **June 1, 2007**.  Any objections or comments shall be communicated to the probation officer on or before **June 6, 2007**.  The final version of the Presentence Reports must be disclosed to counsel and to the court by no later than **June 15, 2007.**

**3.**     Memoranda in aid of sentencing shall be filed no later than **June 22, 2007**, any replies must be filed no later than **June 29, 2007.**

                                        IT IS SO ORDERED.


                                        _____/s/_____
                                        Janet Bond Arterton
                                        United States District Judge

**Dated at New Haven, Connecticut: June 4,2007**