**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

_____
:   **CRIMINAL ACTION NO.**
**UNITED STATES OF AMERICA**         :   **3:02cr 1 (JBA)**
:
vs.                                  :
:
**MARIO LOPEZ**                      :
_____:   **June 25, 2007**

### DEFENDANT'S MOTION
### TO POSTPONE SENTENCING

In light of the circumstances present in this case, defendant moves that the sentencing in this case be postponed to October 4, 2007. This extension is reasonably necessary due to the unique circumstances of the case and the need to gather additional information for use in a sentencing memorandum. The government has no objection to this motion being granted. An uncertain number of prior extensions have been granted.

THE DEFENDANT,

By /s/ William M. Bloss
William M. Bloss, No. ct01008
Koskoff Koskoff & Bieder
350 Fairfield Avenue
Bridgeport, Connecticut 06604
Tel: 203-336-4421
Fax: 203-368-3244
Email: bbloss@koskoff.com

**CERTIFICATION**

      This is to certify that on June 25, 2007, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the District of Connecticut's Local Rules, and/or the District of Connecticut's rules on Electronic Service upon the following parties and participants:

David A. Ring
Assistant United States Attorney
23rd Floor
157 Church Street
New Haven, CT 06510

      /s/ William M. Bloss
      William M. Bloss