UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**UNITED STATES OF AMERICA**            :

**v.**                                  :   NO. 3:02CR 1 (JBA)

**MARIO LOPEZ**                         :

**ENDORSEMENT AND   SENTENCING SCHEDULING ORDER**

    Based on the colloquy with counsel during a telephonic status conference held on June 25, 2007, defendant's motion to postpone  sentencing is GRANTED.

    Defendant shall appear for sentencing on **Thursday October 4, 2007 at 3:00 p.m.** at Courtroom No. 2 at the United States Courthouse, 141 Church St., New Haven, Connecticut.

    Memoranda in aid of  sentencing shall be filed no later than **September 19, 2007**, any replies must be filed no later than **September 26, 2007.**

    IT IS SO ORDERED.

_____/s/_____
Janet Bond Arterton
United States District Judge

**Dated at New Haven, Connecticut: June 27,2007**