UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CRIMINAL ACTION NO.** |
| : | **3:02cr 1 (JBA)** |
| vs. : | |
| : | |
| **MARIO LOPEZ** : | |
| : | September 26, 2007 |

**DEFENDANT'S MOTION TO FILE SENTENCING MEMORANDUM UNDER SEAL**

    Defendant hereby moves to file his sentencing memorandum under seal for the reasons stated therein.

                                                  THE DEFENDANT,

                                                  By _____
                                                     William M. Bloss, No. ct01008
                                                     Koskoff Koskoff & Bieder
                                                     350 Fairfield Avenue
                                                     Bridgeport, Connecticut 06604
                                                     Tel:  203-336-4421
                                                     Fax: 203-368-3244
                                                     Email: bbloss@koskoff.com

## **CERTIFICATION**

  This is to certify that on September 26, 2007, the foregoing document was filed under seal with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Local Rules of the District of Connecticut upon the following parties and participants:

David A. Ring
Assistant United States Attorney
23rd Floor
157 Church Street
New Haven, CT 06510

                     _____
                     William M. Bloss