## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** | : CRIMINAL ACTION NO.<br>: 3:02cr 1 (JBA) |
| vs. | : |
| **MARIO LOPEZ** | : |
|  | : September 28, 2007 |

## DEFENDANT'S MOTION
## TO POSTPONE SENTENCING

      In light of the circumstances present in this case, defendant moves that the sentencing in this case be postponed to early 2008. This extension is in the interests of justice for the reasons stated at footnote 2 of the document filed by defendant in this case on September 27, 2007, among other reasons. The government joins in this motion, and the undersigned has fully consulted with the defendant about it and he agrees with it. It appears that two prior extensions have been granted with respect to this date.

      THE DEFENDANT,

By /s/ William M. Bloss
William M. Bloss, No. ct01008
Koskoff Koskoff & Bieder
350 Fairfield Avenue
Bridgeport, Connecticut 06604
Tel: 203-336-4421
Fax: 203-368-3244
Email: bbloss@koskoff.com

## **CERTIFICATION**

       This is to certify that on September 28, 2007, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the District of Connecticut's Local Rules, and/or the District of Connecticut's rules on Electronic Service upon the following parties and participants:

David A. Ring  
Assistant United States Attorney  
23rd Floor  
157 Church Street  
New Haven, CT 06510

                                                           /s/ William M. Bloss  
                                                           William M. Bloss