**UNITED STATES OF AMERICA**          :

**v.**                                :    **Criminal No: 3:02CR1 (JBA)**

**MARIO LOPEZ**                       :

**ENDORSEMENT ORDER**

   Government's motion to seal is GRANTED.  The Clerk's Office is directed to place the attached document under seal. _____

                                        IT IS SO ORDERED.

                                      ____/s/_____
                                      Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: January 4, 2008