**UNITED STATES OF AMERICA**       :

**v.**                             :        **Criminal No: 3:02CR1 (JBA)**

**MARIO LOPEZ**                    :

### ENDORSEMENT ORDER

    Defendant's motion to seal is GRANTED.  The Clerk's Office is directed to place the attached document under seal. \_\_\_\_ \_\_\_\_\_

    IT IS SO ORDERED.

    _____/s/_____
    Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: January 4, 2008