HONORABLE ARTERTON Crim-Sent (April 3, 2007)
DEPUTY CLERK TORDAY   RPTR/ECRO/TAPE MONTINI
USPO Carroll   INTERPRETER _____

TOTAL TIME: ___ hours ___ minutes

DATE 4/24/8   START TIME 911   END TIME 1011

CR. No. 2-1   DEFT # _____

UNITED STATES OF AMERICA   §
§   D. Ring
§                              AUSA
vs.   §
Mario Lopez   §
§   B. Bloss
                                   Defense Counsel

## SENTENCING

☒ Sentencing held  ☒ Sentencing continued until 9/17/8 at 330 Tel Conf

☐ Deft failed to appear, Bench warrant to issue

☐ Court departs ☐ upward from the guidelines ☐ downward from the guidelines

☐ ____ month(s) imprisonment on Count(s) ____ of superseding/indictment/information
and ____ month(s) imprisonment on Count(s) ____ of superseding/indictment/information
Sentence on Count(s) ____ shall run ☐ concurrently ☐ consecutively ☐ to sentence imposed on Count(s) ____ ☐ to state sentence

☐ Deft shall get credit for time served on Count(s) ____

☐ Upon release the defendant shall be on supervised release for a term of ____ years/months

☐ Deft placed on probation for a period of ____ years/months on Count(s) ____ of superseding/indictment/information

☐ Government's Motion for Final Order of Forfeiture ☐ filed ☐ granted/denied

☐ Preliminary Order of Forfeiture is outstanding.

☐ Final Order of Forfeiture, filed.

☐ Deft shall pay a fine of $____ on Count(s) ____ to be paid by ____ ☐ in installments of $____ per ____ for a total of $____.

☐ A Special Assessment of ☐ $25.00 ☐ $50.00 ☐ $100.00 is imposed as to each of Count(s) ____ for a total of $____ to be paid immediately

☐ Court recommends incarceration at ____

☐ Deft shall pay $____ per month for the cost of ☐ incarceration ☐ supervised release ☐ community confinement (halfway house)

☐ Deft ordered to surrender on ____ to ☐ U.S. Marshal ☐ institution
☐ Bond ☐ continued ☐ set at $____

☐ Deft remanded to the custody of the U. S. Marshal

☐ Govt's motion to dismiss remaining counts filed; ☐ GRANTED ☐ DENIED

☐ Govt's oral motion to dismiss remaining counts - ☐ GRANTED ☐ DENIED

☐ PSI filed under seal ☐ If not appealed, PSI may be unsealed & returned to USPO

☐ Deft shall participate in the 500 hour drug rehabilitation treatment program.

☒ Oral Mot - 3L dep - (gr)

☐ SEE CONDITIONS OF SUPERVISED RELEASE/PROBATION ON REVERSE

**CONDITIONS OF** ☐ **SUPERVISED RELEASE** ☐ **PROBATION:**